DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Defendant*
Comfort Installs LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, A Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMFORT INSTALLS LLC, a Missouri Limited Liability Company,<br><br>Defendant. | Case No. 2:24-cv-00259-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF [9] MOTION TO DISMISS**<br><br>(**FIRST REQUEST**) |

Defendant Comfort Installs LLC ("Defendant") and Plaintiff Aquatech Corporation d/b/a United Aqua Group ("Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On March 15, 2024, Defendant filed its Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 9] (the "MTD").

2. On March 29, 2024, Plaintiff filed its Response to the Motion to Dismiss [ECF No. 10] (the "Response").

3. Presently, Defendant has until April 5, 2024 to file its Reply to the Response.

4. The Parties stipulate that good cause exists to extend the deadline to file the Reply. The Parties have agreed to discuss collateral issues that might impact resolution of this action and, by implication, the MTD.

5. The Parties therefore stipulate and agree that Defendant's Reply shall be due April 19, 2024.

6. This is the first request to extend the deadline for Reply. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 4th day of April, 2024.

LATHROP GPM LLP

By: /s/ Benjamin Struby
    BENJAMIN STRUBY
    (PRO HAC VICE FORTHCOMING)
    2345 Grand Boulevard, Suite 2200
    Kansas City, Missouri 64108-2618

JOHN BRAGONJE
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorney for Plaintiff*
Aquatech Corporation d/b/a United Aqua Group

DATED this 4th day of April, 2024.

BAILEY❖KENNEDY

By: /s/ Tayler D. Bingham
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    TAYLER D. BINGHAM
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148

*Attorneys for Defendant*
Comfort Installs LLC

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 8, 2024