DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY✧KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Defendant*
Comfort Installs LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, A Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMFORT INSTALLS LLC, a Missouri Limited Liability Company,<br><br>Defendant. | Case No.  2:24-cv-00259-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF [9] MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Defendant Comfort Installs LLC ("Defendant") and Plaintiff Aquatech Corporation d/b/a United Aqua Group ("Plaintiff") (jointly, the "Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On March 15, 2024, Defendant filed its Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 9].

2. On March 29, 2024, Plaintiff filed its Response to the Motion to Dismiss [ECF No. 10] (the "Response").

3. On April 4, 2024, the Parties submitted a Stipulation and Order to Extend Deadline to File Reply in Support of [9] Motion to Dismiss (First Request) (the "First SAO") [ECF No.11].

Page **1** of **2**

1    4.   This Court granted and entered the First SAO on April 8, 2024, and set Plaintiff's
2 deadline to file the Reply to the Response (the "Reply") for April 19, 2024 [ECF No. 12].

3    5.   The Parties stipulate that good cause exists to extend the deadline to file the Reply for
4 a second time.  Since this Court entered the First SAO, the Parties have engaged in substantial
5 dialogue about this action and collateral issues that impact this action—including exchanging
6 documents bearing on those issues.  Based on these conversations, the Parties have also informally
7 engaged in good faith settlement discussions in aid of resolving this action without further judicial
8 intervention.

9    6.   To give the Parties appropriate time to fully engage in these settlement discussions,
10 the Parties therefore stipulate and agree that Defendant's Reply shall be due May 3, 2024.

11   7.   This is the second request to extend the deadline for Reply.  This stipulation is made
12 in good faith and not to delay the proceedings.

13   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

14   DATED this 18th day of April, 2024.              DATED this 18th day of April, 2024.

15   LATHROP GPM LLP                                  BAILEY❖KENNEDY

16   By: */s/ Benjamin Struby*                         By: */s/ Tayler D. Bingham*
        BENJAMIN STRUBY                                    DENNIS L. KENNEDY
17      (PRO HAC VICE FORTHCOMING)                         JOSEPH A. LIEBMAN
        2345 Grand Boulevard, Suite 2200                   TAYLER D. BINGHAM
18      Kansas City, Missouri 64108-2618                   8984 Spanish Ridge Avenue
                                                           Las Vegas, Nevada 89148
19      JOHN BRAGONJE
        LEWIS ROCA ROTHGERBER                         *Attorneys for Defendant*
20      CHRISTIE LLP                                  Comfort Installs LLC
        3993 Howard Hughes Parkway,
21      Suite 600
        Las Vegas, Nevada 89169
22

*Attorney for Plaintiff*
23 Aquatech Corporation d/b/a United Aqua
   Group
24

   **IT IS SO ORDERED.**
25

26                                                    _____
                                                      U.S. District Judge Jennifer A. Dorsey
27                                                    Dated: April 23, 2024, *nunc pro tunc*
                                                      to April 19, 2024
28